**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Perry McCants                  CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 21-13336 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as trustee for BCAT 2020-3TT and index same on the master mailing list.

                                                Respectfully submitted,

/s/ **Rebecca Solarz**
Rebecca Solarz
01 Feb 2022, 13:03:27, EST

                 KML Law Group, P.C.
                 701 Market Street, Suite 5000
                 Philadelphia, PA 19106-1532
                 (215) 627-1322