IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                           :    CHAPTER 13

PERRY McCANTS                    :    No. 21-13336-MDC

    Debtor

ANSWER TO MOTION OF WSFS
FOR RELIEF FROM THE AUTOMATIC STAY AND CERTIFICATE OF SERVICE

The Debtor asks to be given a chance to get fully current and if there are any missed payments that they be included in the Amended Plan which Counsel will need to file in this case, and then remain current on all future payments.

WHEREFORE Debtor respectfully request this Honorable Court deny Movant's Motion for Relief.

                                            /s/ David M. Offen
                                            David M. Offen
                                            Attorney for Debtor

Dated: 4/19/22

```
              IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA


      IN RE:                       :      CHAPTER 13

      PERRY McCANTS                 :      No. 21-13336-MDC

              Debtor
```

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Answer to Motion for Relief is being served served on Daniel Jones, Esq. By electronic mail and the Chapter 13 trustee.

/s/ David M. Offen
David M. Offen Esq.
Attorney for Debtor
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106
215-625-9600