# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Perry McCants<br>    Debtor(s)<br>-------------------------------------------------<br>Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as trustee for BCAT 2020-3TT<br>                    Creditor/Movant<br>v.<br>Perry McCants<br>                    Debtor(s) | Chapter: 13<br><br>Bankruptcy Case: 21-13336-mdc<br><br>Judge: COLEMAN, MAGDELINE D. |

## ORDER APPROVING STIPULATION/CONSENT ORDER

AND NOW, upon consideration of the Stipulation between Debtor and Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as trustee for BCAT 2020-3TT, it is hereby ORDERED and DECREED that the Stipulation is APPROVED and made an Order of the Court.

BY THE COURT:

Date:  May 18, 2022

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE