# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Perry McCants <br>                  Debtor(s) <br><br> Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as trustee for BCAT 2020-3TT, its successors and/or assigns <br>                  Movant <br>              vs. <br><br> Perry McCants <br>                  Debtor(s) <br><br> Kenneth E. West <br>                  Trustee | CHAPTER 13 <br><br><br><br> NO. 21-13336 MDC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

    Kindly withdraw the Objection to Confirmation of Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as trustee for BCAT 2020-3TT, which was filed with the Court on or about **February 1, 2022, docket number 15**.

                                                             Respectfully submitted,

                                                              /s/ Rebecca A. Solarz, Esq.
                                                              _____
                                                              Rebecca A. Solarz, Esquire
                                                              KML Law Group, P.C.
                                                              BNY Mellon Independence Center
                                                              701 Market Street, Suite 5000
                                                              Philadelphia, PA  19106
                                                              Phone: (215)-627-1322

Dated: May 23, 2022