IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 21-13336-mdc |
| PERRY MCCANTS, | Chapter 13 |
| Debtor, | Related to Doc. No.  18 |
| CRESCENT BANK & TRUST, | |
| Movant, | |
| v. | |
| PERRY MCCANTS, and KENNETH E. WEST, Trustee, | |
| Respondents. | |

PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

TO THE CLERK OF COURTS:

Kindly withdraw the Objection to Confirmation of Plan filed on behalf of Crescent Bank & Trust on March 18, 2022 at Document No. 18. The Debtor's First Amended Chapter 13 Plan filed on May 9, 2022 at Document No. 24 resolves the Objection to Confirmation of Plan.

Dated: June 22, 2022

Respectfully submitted,

By: /s/ Keri P. Ebeck
Keri P. Ebeck
PA I.D. # 91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
412-456-8112
Fax: 412-456-8135

*Counsel for Crescent Bank & Trust*