United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-13336-mdc |
| Perry McCants | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 23, 2022 | Form ID: 155 | Total Noticed: 23 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Perry McCants, 1619 East Tulpehocken Street, Philadelphia, PA 19138-1605 |
| 14656661 | + | Larthina McCants, 1619 East Tulpehocken Street, Philadelphia, PA 19138-1605 |
| 14658763 | ++ | MCCALLA RAYMER LEIBERT PIERCE LLC, ATTN ATTN WENDY REISS, 1544 OLD ALABAMA ROAD, ROSWELL GA 30076-2102 address filed with court:, Wilmington Savings Fund Society, FSB, not in its i, 2020-3TT, c/o Maria Tsagaris, 1544 Old Alabama Rd, Roswell, GA 30076 |
| 14658564 | ++ | MCCALLA RAYMER LEIBERT PIERCE LLC, ATTN ATTN WENDY REISS, 1544 OLD ALABAMA ROAD, ROSWELL GA 30076-2102 address filed with court:, Wilmington Savings Fund Society, FSB, not in its i, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14656663 | + | PGW, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14666209 | + | Wilmington Savings Fund Society, FSB, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14676898 | + | Wilmington Savings Fund Society, FSB, c/o Steven K Eisenberg, Esq., Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14671136 | | Wilmington Savings Fund Society, FSB et al, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14656654 | + | Email/Text: bankruptcynotices@aarons.com | Jun 23 2022 23:47:00 | Aaron's Sales and Lease Ownership, 1000 Easton Road, Suite 102, Wyncote, PA 19095-2925 |
| 14656665 | | Email/Text: megan.harper@phila.gov | Jun 23 2022 23:47:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Bankruptcy Group, MSB, 1401 JFK Blvd, 5th Floor, Philadelphia, PA 19102 |
| 14690369 | | Email/Text: megan.harper@phila.gov | Jun 23 2022 23:47:00 | City of Philadelphia, Law-Tax & Revenue Unit, 1401 JFK Blvd, 5th Floor, Philadelphia PA 19102 |
| 14658005 | | Email/Text: bankruptcy@cbtno.com | Jun 23 2022 23:47:00 | Crescent Bank And Trust, PO Box 2829, Addison, TX 75001 |
| 14656656 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Jun 23 2022 23:47:00 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 14656657 | + | Email/Text: bankruptcy@cbtno.com | Jun 23 2022 23:47:00 | Crescent Bank & Trust, Inc., Attn: Bankruptcy, Po Box 61813, New Orleans, LA 70161-1813 |
| 14656658 | | Email/Text: ECF@fayservicing.com | Jun 23 2022 23:47:00 | Fay Servicing Llc, Attn: Bankruptcy Dept, Po Box 809441, Chicago, IL 60680 |
| 14656659 | + | Email/Text: Bankruptcy@ICSystem.com | Jun 23 2022 23:47:00 | I C System, Attn: Bankruptcy, 444 Highway 96 East, Saint Paul, MN 55127-2557 |
| 14656660 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 23 2022 23:47:00 | Internal Revenue Service, Centralized Insolvency Operation, P. O. Box 7346, Philadelphia, PA 19101-7346 |
| 14658763 | | Email/Text: BankruptcyECFMail@mccalla.com | Jun 23 2022 23:47:00 | Wilmington Savings Fund Society, FSB, not in its i, 2020-3TT, c/o Maria Tsagaris, 1544 Old Alabama Rd, Roswell, GA 30076 |

Case 21-13336-mdc  Doc 37  Filed 06/25/22  Entered 06/26/22 00:28:22  Desc Imaged
Certificate of Notice  Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 23, 2022 | Form ID: 155 | Total Noticed: 23 |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14658564 | | Email/Text: BankruptcyECFMail@mccalla.com | Jun 23 2022 23:47:00 | Wilmington Savings Fund Society, FSB, not in its i, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14656804 | + | Email/PDF: rmscedi@recoverycorp.com | Jun 23 2022 23:56:24 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14656874 | + | Email/PDF: rmscedi@recoverycorp.com | Jun 23 2022 23:56:24 | Orion (Verizon), c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14656662 | + | Email/Text: bankruptcygroup@peco-energy.com | Jun 23 2022 23:47:00 | PECO, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14663598 | + | Email/Text: bankruptcygroup@peco-energy.com | Jun 23 2022 23:47:00 | PECO Energy Company, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14656664 | + | Email/Text: bankruptcy@rentacenter.com | Jun 23 2022 23:47:00 | Rent-A-Center, Inc., 3110 Cheltenham Avenue, Philadelphia, PA 19150-1101 |
| 14659730 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 23 2022 23:56:52 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14656655 | *+ | Aaron's Sales and Lease Ownership, 1000 Easton Road, Suite 102, Wyncote, PA 19095-2925 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2022                       Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DANIEL P. JONES | on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity but solely as trustee for BCAT 2020-3TT djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| DAVID M. OFFEN | on behalf of Debtor Perry McCants dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Jun 23, 2022 | Form ID: 155 | Total Noticed: 23

| | |
|---|---|
| KERI P EBECK | on behalf of Creditor Crescent Bank & Trust kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as trustee for BCAT 2020-3TT bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| STEVEN K. EISENBERG | on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as trustee for BCAT 2020-3TT seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

Case 21-13336-mdc    Doc 37    Filed 06/25/22    Entered 06/26/22 00:28:22    Desc Imaged
Certificate of Notice    Page 3 of 4
District/off: 0313-2    User: admin    Page 3 of 3
Date Rcvd: Jun 23, 2022    Form ID: 155    Total Noticed: 23

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Perry McCants
      Debtor(s)                        Chapter: 13

                                     Bankruptcy No: 21−13336−mdc
_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this 23rd day of June, 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                      Magdeline D. Coleman
                                                      Chief Judge ,
                                                      United States Bankruptcy Court

                                                                               35 − 8, 32
                                                                               Form 155