IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Perry McCants<br><br><br>　　　　　Debtor(s) | Chapter 13<br><br>Bankruptcy Case: 21-13336-mdc |

## CERTIFICATE OF NO RESPONSE

    I, Daniel P. Jones, attorney for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as trustee for BCAT 2020-3TT C/O Fay Servicing, LLC, hereby certify that a true and correct copy of the Motion to Approve Loan Modification was sent to Debtor, counsel for the Debtor, and the Trustee, as evidenced by the Certificate of Service already of record.

    In accordance with the Notice of Hearing with Response Deadline, Debtor was directed to file an answer to Movant's Motion to Approve Loan Modification with the Clerk of the United States Bankruptcy Court and receipt thereof and serve said answer on said Movant and its counsel by 03/21/2023. Upon review of the docket, no answer has been filed.

                  STERN & EISENBERG, PC

                  By: /s/Daniel P. Jones
                  Daniel P. Jones, Esquire
                  Stern & Eisenberg, PC
                  1581 Main Street, Suite 200
                  The Shops at Valley Square
                  Warrington, PA 18976
                  Phone: (215) 572-8111
                  Facsimile: (215) 572-5025
                  Bar Number: 321876
                  djones@sterneisenberg.com
                  Counsel for Movant

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Perry McCants<br><br>Debtor(s) | Chapter 13<br><br>Bankruptcy Case: 21-13336-mdc |

### CERTIFICATE OF SERVICE OF CERTIFICATE OF NO RESPONSE

  I, Daniel P. Jones, Esquire, hereby certify that a true and correct copy of the within Certificate of No Response, together with this Certificate, was sent to the Debtor, counsel for the Debtor, and the Trustee and all other required parties in accordance with the Rules of Bankruptcy Procedure on March 30, 2023 via First Class Mail.

David M. Offen
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106
dmo160west@gmail.com
**Counsel for Debtor**

Kenneth E. West
1234 Market Street - Suite 1813
Philadelphia, PA 19107
ecfemails@ph13trustee.com
**Bankruptcy Trustee**

U.S. Trustee
Office of the U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106
USTPRegion03.PH.ECF@usdoj.gov
**US Trustee**

and by standard first-class mail postage
prepaid to:

Perry McCants
1619 East Tulpehocken Street
Philadelphia, PA 19138
**Debtor(s)**

STERN & EISENBERG, PC
By: /s/Daniel P. Jones
Daniel P. Jones, Esquire
Stern & Eisenberg, PC
Bar Number: 321876
djones@sterneisenberg.com
Counsel for Movant