UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In Re:<br>PERRY MCCANTS<br>Debtor(s)<br><br>WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR BCAT 2020-3TT<br>Movant<br><br>v.<br><br>PERRY MCCANTS<br>Debtor(s)<br><br>KENNETH E. WEST<br>Trustee<br>Respondent(s) | Chapter 13<br><br>Case Number: 21-13336-mdc |

## **ORDER**

AND NOW, this ___20th___ day of ___April___ 2023, it is hereby ORDERED that if Perry McCants ("Debtor") and Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as trustee for BCAT 2020-3TT ("Creditor") elect to enter into the proposed loan modification under the terms proposed by Creditor, the Debtor and Creditor may do so without there being any violation of the bankruptcy stay, or the provisions of 11 U.S.C. §362; and it is hereby

FURTHER ORDERED that Debtor must return the executed modification agreement within ten (10) days of the entry of this Order to Creditor and/or Creditor's Counsel.

BY THE COURT:

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE