United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-13336-mdc |
| Perry McCants | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 21, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2023:**

**Recip ID        Recipient Name and Address**
db              + Perry McCants, 1619 East Tulpehocken Street, Philadelphia, PA 19138-1605

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2023         Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2023 at the address(es) listed below:

**Name**                        **Email Address**
BRIAN CRAIG NICHOLAS
                                on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as trustee for BCAT 2020-3TT bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

DANIEL P. JONES
                                on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as trustee for BCAT 2020-3TT djones@sterneisenberg.com, bkecf@sterneisenberg.com

DAVID M. OFFEN
                                on behalf of Debtor Perry McCants dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

KENNETH E. WEST
                                ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
                                on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

KERI P EBECK

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 21, 2023 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor Crescent Bank & Trust kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

STEVEN K. EISENBERG

on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as trustee for BCAT 2020-3TT seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| In Re:<br>PERRY MCCANTS<br>Debtor(s)<br><br>WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR BCAT 2020-3TT<br>Movant<br><br>v.<br><br>PERRY MCCANTS<br>Debtor(s)<br><br>KENNETH E. WEST<br>Trustee<br>Respondent(s) | Chapter 13<br><br>Case Number: 21-13336-mdc |
|---|---|

## ORDER

AND NOW, this __20th__ day of __April__ 2023, it is hereby ORDERED that if Perry McCants ("Debtor") and Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as trustee for BCAT 2020-3TT ("Creditor") elect to enter into the proposed loan modification under the terms proposed by Creditor, the Debtor and Creditor may do so without there being any violation of the bankruptcy stay, or the provisions of 11 U.S.C. §362; and it is hereby

FURTHER ORDERED that Debtor must return the executed modification agreement within ten (10) days of the entry of this Order to Creditor and/or Creditor's Counsel.

BY THE COURT:

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE