IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br><br> PERRY MCCANTS, <br><br> Debtor, <br><br> CRESCENT BANK & TRUST, <br><br> Movant, <br><br> v. <br><br> PERRY MCCANTS, and <br> KENNETH E. WEST, Trustee, <br><br> Respondents. | Bankruptcy No. 21-13336-mdc <br><br> Chapter 13 <br><br> Doc. No. |

## CERTIFICATE OF SERVICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND NOTICE OF HEARING WITH RESPONSE DEADLINE

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on December 1, 2023.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first-class mail, electronic notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

SERVICE BY FIRST CLASS MAIL

| | |
|---|---|
| Perry McCants <br> 1619 East Tulpehocken Street <br> Philadelphia, PA 19138 | DAVID M. OFFEN <br> The Curtis Center <br> 601 Walnut Street <br> Suite 160 West <br> Philadelphia, PA 19106 |

ELECTRONIC NOTIFICATION

| Kenneth E. West<br>Crawford McDonald, LLC.<br>P.O. Box 355<br>Allison Park, PA 15101 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222 |

Executed by: December 1, 2023         Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

By: /s/*Keri P. Ebeck*
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Phone - (412) 456-8112
Fax - (412) 456-8135

*Counsel for Crescent Bank & Trust*