IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 21-13336-mdc |
| PERRY MCCANTS, | Chapter 13 |
| Debtor, | Doc. No. |
| CRESCENT BANK & TRUST, | |
| Movant, | |
| v. | |
| PERRY MCCANTS, and<br>KENNETH E. WEST, Trustee, | |
| Respondents. | |

CERTIFICATE OF NO OBJECTION OR RESPONSE
TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY (DOC. NO.   )

The undersigned hereby certifies that, as of December 27, 2023, no answer, objection, or other responsive pleading to the Motion for Relief from the Automatic Stay, at Doc. No. 80, and served on the Respondents herein has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the motion appears thereon. Pursuant to the Notice of Hearing, objections to the motion were to be filed and served no later than December 15, 2023.

It is hereby respectfully requested that the Order attached to the Movant's Motion for Relief from the Automatic Stay be entered by the Court.

Dated:  December 27, 2023

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

By: /s/*Keri P. Ebeck*
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Phone - (412) 456-8112
Fax - (412) 456-8135

*Counsel for Crescent Bank & Trust*