IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>PERRY MCCANTS,<br><br>Debtor,<br><br>CRESCENT BANK & TRUST,<br><br>Movant,<br><br>v.<br><br>PERRY MCCANTS, and<br>KENNETH E. WEST, Trustee,<br><br>Respondents. | Bankruptcy No. 21-13336-mdc<br><br>Chapter 13<br><br>Doc. No. |

ORDER OF COURT

AND NOW, this  4th  day of   January      , 2024, upon consideration of the foregoing Motion for Relief from the Automatic Stay, it is hereby ORDERED,

a.  Relief from the Automatic Stay is granted as to the interest of Crescent Bank & Trust in the 2017 Nissan Altima, VIN: 1N4AL3AP7HC142953.

b.  The stay provision of Fed. R. Bankr. P. 4001(a)(3) does not apply to this order.

BY THE COURT:

_____
Honorable Madgeline D. Coleman
U.S. Bankruptcy Court Chief Judge