IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                    :        CHAPTER 13

Perry McCants             :        NO.  21-13336-amc

OBJECTION TO CERTIFICATE OF DEFAULT AND CERTIFICATE OF SERVICE

   Debtor, by counsel, objects to the certificate of default and requests the Court not enter a relief order due to the following:

   The Debtor has received a loan modification from the mortgage company and objects to certificate of default as a basis for relief.

/s/David M. Offen
David M. Offen
Attorney for Debtor
601 Walnut Street, Suite 160
Philadelphia, Pa. 19106
215-625-9600
info@offenlaw.com

   A copy of this Objection is being served on DANIEL P. JONES, Esquire and the Chapter 13 Trustee.

/s/ David M. Offen
David M. Offens
Attorney for Debtor