IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Perry McCants | : | NO. 21-13336-amc |
| Debtor | : | |

### AMENDED CERTIFICATION OF SERVICE

I, David M. Offen, Attorney for the above named Debtor hereby certifies that a true and correct copy of the Supplemental Application for Approval of Counsel Fees was served on the Standing Trustee by electronic mail, Debtor and upon all creditors by first class mail who have filed proof of claims and are listed on the claims register on August 19, 2024.


Date: 09/13/2024                                /s/ David M. Offen
                                                David M. Offen
                                                Attorney for Debtor