IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | | |
| Perry McCants | : | No.  21-13336-amc |
| Debtor | | |

**PRAECIPE  TO  WITHDRAW**

    Pursuant to the above-captioned matter, kindly withdraw the Objection to Certification of Default filed by Creditor Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as trustee for BCAT 2020-3TT, Document No. 99, filed on August 28, 2024.

                                             /s/ David M. Offen
                                             David M. Offen, Esquire
                                             The Curtis Center
                                             601 Walnut Street, Suite 160 West
                                             Philadelphia, PA  19106
                                             215-625-9600

Dated:  September 18, 2024